UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SHIDIE,<br><br>              Plaintiff,<br><br>      v.<br><br>J. RAMIREZ, et al.,<br><br>              Defendants. | No. 1:21-cv-00186-ADA-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE DUE TO PLAINTIFF'S FAILURE TO PROSECUTE<br><br>(ECF No. 10) |

Plaintiff David Shidie is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 10, 2023, the Magistrate Judge issued findings and recommendations, recommending that the Court dismiss Plaintiff's case due to his failure to prosecute and his failure to keep the Court apprised of his current address. (ECF No. 10.) The findings and recommendations were served on Plaintiff's address of record and were returned to the Court as "Undeliverable, Paroled." (*See* docket below ECF No. 10.) This is the same response the Court received when it served the Magistrate Judge's May 12, 2023 screening order on Plaintiff. (*See* docket between ECF Nos. 8 and 9.) Plaintiff has not filed objections to the findings and recommendations, updated his address, or otherwise communicated with the Court.

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 10, 2023, (ECF No. 10), are adopted in full;
2. This case is dismissed without prejudice due to Plaintiff's failure to prosecute; and
3. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Dated:   September 12, 2023

UNITED STATES DISTRICT JUDGE